UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - :
CARLOS CONTRERAS,                        : 08 Civ. 1976 (JSR) (JCF)
                                         :
                Petitioner,              :           O R D E R
                                         :
        - against -                      :
                                         :
U.S.A.,                                  :
                                         :
                Respondent.              :
- - - - - - - - - - - - - - - - - - - - :

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

This case having been referred by the Honorable Jed S. Rakoff, U.S.D.J., and the Court having examined the motion to vacate sentence pursuant to 28 U.S.C. § 2255, and the Court having concluded that the motion should not be summarily denied pursuant to Rule 4 of the Rules Governing Section 2255 Cases in the United States District Courts, it is

ORDERED, pursuant to Rule 4, that the respondent submit an answer to the motion raising all available defenses no later than May 16, 2008; and it is further

ORDERED that the petitioner file any reply papers no later than June 13, 2008; and it is further

ORDERED, pursuant to Rule 4, that the Clerk of the Court serve copies of this Order and of the motion upon the United States Attorney for the Southern District of New York.

SO ORDERED.

                            _____
                            JAMES C. FRANCIS IV
                            UNITED STATES MAGISTRATE JUDGE

1

Dated:   New York, New York
         April 8, 2008

Copies mailed this date:

Bernard A. Seidler, Esq.
580 Broadway, Room 717
New York, New York 10012