```
UNITED STATES DISTRICT COURT                    (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
CARLOS CONTRERAS,                       : 08 Civ. 1976 (JSR) (JCF)
                                        :
                Petitioner,             :      O R D E R
                                        :
        - against -                     :
                                        :
U.S.A.,                                 :
                                        :
                Respondent.             :
- - - - - - - - - - - - - - - - - - - -:
```

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Petitioner having moved to vacate his sentence pursuant to 28 U.S.C. § 2255, and the Government having answered the motion, and no reply papers having been filed, it is hereby ORDERED that petitioner file any reply by August 29, 2008, failing which the motion shall be decided on the basis of the Government's papers and the current record.

SO ORDERED.

*James C. Francis IV* (signature)

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       July 29, 2008

Copies mailed this date:

B. Alan Seidler, Esq.
580 Broadway, Room 717
New York, New York 10012

Reed M. Brodsky, Esq.
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007

MICROFILMED JUL 3 1 2008 -12 00 PM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-29-08